Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Chad Ferguson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Chad Ferguson,<br><br>           Plaintiff,<br>     vs.<br><br>Zwicker & Associates, P.C.<br><br>           Defendant. | Case No.: 2:10-cv-00194 MHB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The claims asserted by Plaintiff, Chad Ferguson, against Defendant, Zwicker & Associates, P.C., in the above-captioned proceeding are hereby dismissed, with prejudice.


Dated: 5/17/10          KROHN & MOSS LTD

                        /s/ Ryan Lee
                        Ryan Lee, Esq.
                        Attorney for Plaintiff,
                        Chad Ferguson

Dated: 5/17/10          ZWICKER & ASSOCIATES, P.C.

                        /s/ Robert Thuotte_____
                        Robert Thuotte
                        Attorney for Defendant,
                        Zwicker & Associates, P.C.